■ In the Matter of WASHINGTON GREEN, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM SCHWARTZ, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of WILLIAM SCHWARTZ, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of MARIA SERMOLINO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. **Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.**

■ In the Matter of OLIVER W. PARSON, Petitioner, against STEPHEN KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ EVELYN COURTLAND, Respondent, v. BROWN, HARRIS, STEVENS, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of the Accounting of CHASE MANHATTAN BANK, as Trustee under Indenture between MABEL H. DUELL and Others, Respondents-Appellants. ANNA B. MACKENZIE, Appellant-Respondent; HELEN C. HALLIWELL, Respondent.— Order so far as appealed from unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the fund. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of ANTONIO GROTTANO, Petitioner, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ L. H. ESTATES CO., Respondent, v. JOYCE BARTHOLOMEW et al., Appellants.— Determination unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ. [9 Misc 2d 116.]

■ In the Matter of SIDNEY GERSTENFELD, Appellant, against BOARD OF TRUSTEES OF THE POLICE PENSION FUND OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT GUGLIELMELLI, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.